UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Marcus Mendoza Oliva,<br><br>*Petitioner*,<br><br>v.<br><br>NOEM, et al.,<br><br>*Respondents*. | No. 6:26-CV-179-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Marcus Mendoza Oliva's petition for writ of habeas corpus (Dkt. No. 1), filed on March 20, 2026. On June 11, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 9. Federal Respondents filed their response on June 15, 2026. Dkt. No. 10. Petitioner filed a reply in support on June 17, 2026. Dkt. No. 11. Petitioner also filed a supplemental memorandum in support on July 10, 2026. Dkt. No. 12. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

Initially, the Court notes that the Suspension Clause is not implicated because the Court assumes jurisdiction over Petitioner's petition.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's

recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225. *See Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Court has likewise denied similar requests for habeas relief on due-process grounds. *See id.* The Court incorporates by reference its prior analysis denying habeas relief in *Salas Rivera.* For the reasons stated in *Salas Rivera* and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

Petitioner's remaining arguments are denied for the reasons set forth in Respondents' response.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

So ordered on October 21, 2026.

Chris Wolfe
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE